# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 17-00028-CG |
| ) | |
| CLEVELAND TAIWAN THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came on for a bond revocation hearing on May 31, 2017, during which the defendant advised that he did not contest the Petition for Action on Conditions of Release (Doc. 35), but that he would seek treatment for substance abuse if allowed to remain on condition of release. The Government advised the Court that its position was that Defendant's conditions of release be revoked since he failed to abide by those conditions.

Upon due consideration of the petition, the arguments of counsel, the Court finds that there is clear and convincing evidence that the Defendant has violated his conditions of release, and that the Defendant is unlikely to abide by any condition or combination of conditions of release. Therefore, the Order Setting Conditions of Release (Doc. 12) is **VACATED**, Defendant conditions of release are **REVOKED** and pursuant to the provisions of 18 U.S.C. § 3143, the Defendant is **REMANDED** to the custody of the United States Marshal pending his sentencing hearing.

The United States Marshal is **ORDERED** to produce the Defendant for the sentencing hearing scheduled for July 17, 2017 at 9:30 a.m., to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.

**DONE and ORDERED** this 31st day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE